UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENXING YUE,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                              Respondents. | Case No.:  26-cv-1391-JO-DDL<br><br>**ORDER TRANSFERRING CASE** |

In the interest of "efficient administration of the judicial business of the district," *see* Civ. L.R. 40.1(a), and because the Court concludes that this case is related to *Yue v. Noem, et al.*, 26-cv-1328-JES-SBC (S.D. Cal. 2025), the Court directs the Clerk to immediately reassign this case to Judge James E. Simmons, Jr. *See Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (cleaned up); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____

Hon. Jinsook Ohta
United States District Judge

Dated: March 9, 2026

_____

Hon. James E. Simmons, Jr.
United States District Judge

26-cv-1391-JO-DDL