UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENXING YUE,<br><br>                           Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al*.,<br><br>                           Respondents. | Case No.: 3:26-cv-01391-JES-DDL<br><br>**ORDER CLOSING THIS CASE** |

Before the Court is what appears to be a duplicate Petition, filed by someone who appears to be the same Petitioner as in: *Yue v. Noem et al*, No. 3:26-cv-01328-JES-SBC (S.D. Cal. 2025). ECF No. 1.

As neither party filed any briefing to suggest that this case is different from *Yue v. Noem et al*, No. 3:26-cv-01328-JES-SBC (S.D. Cal. 2025), the Clerk is DIRECTED to CLOSE this case. Any future filings for this Petitioner's case must be filed in *Yue v. Noem et al*, No. 3:26-cv-01328-JES-SBC (S.D. Cal. 2025).

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-01391-JES-DDL